# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CLODUALDO JASSO-MARTINEZ,<br><br>Plaintiff<br><br>v.<br><br>MARIA ELENA RODRIGUEZ LARA,<br><br>Defendant. | Case No. 3:24-CV-00351-ART-CLB<br><br>**ORDER DIRECTING PLAINTIFF TO FILE NEW *IN FORMA PAUPERIS* APPLICATION – LONG FORM**<br><br>[ECF No. 1] |

Plaintiff has filed a request to proceed *in forma pauperis* ("IFP") (ECF No. 1). Upon review of the documents filed herein, the Court finds that Plaintiff's declaration is insufficient for the Court to act on the application.

Accordingly, **IT IS ORDERED** that Plaintiff shall complete the attached "Application to Proceed in District Court Without Prepaying Fees or Costs – Long Form".

**IT IS FURTHER ORDERED** that on or before **October 7, 2024**, Plaintiff shall either: (1) <u>file</u> the attached fully complete application to proceed IFP with the Clerk of Court; or (2) <u>pay</u> the full filing fee of $405 (consisting of the $350 filing fee and $55 administrative fee).

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely file a completed IFP application or pay the filing fee, the Court will recommend dismissal of this action without prejudice.

**IT IS SO ORDERED.**

**DATED**:  August 7, 2024  .

_____
UNITED STATES MAGISTRATE JUDGE